No. 10,114.

TENNIGKEIT *v.* WINEGAR, ET AL.

Decided May 1, 1922.

Action for assault.  Judgment for defendants.

*Affirmed.*

1.  APPEAL AND ERROR—*Fact Findings.*  Findings of fact by the trial
    court, on conflicting evidence, will not be disturbed on review.

2.  ASSAULT—*Evidence.*  It appeared from the evidence that one of
    the defendants put his foot against a door in an effort to de-
    tain plaintiff and get him to surrender a deed which he had
    in his possession.  Held, that the court was not bound to treat
    this as an assault.

*Error to the District Court of Kit Carson County, Hon.
J. W. Sheafor, Judge.*

Mr. FRANK L. HAYS, for plaintiff in error.

Mr. LOUIS VOGT, for defendants in error.

MR. JUSTICE ALLEN delivered the opinion of the court.

THIS is an action for damages for assault.  A trial to
the court, without a jury, resulted in a judgment for de-
fendants.  The plaintiff sues out this writ of error.

The main contention is that the judgment is not sup-
ported by the evidence.  The alleged assault took place in
the office of one of the defendants.  On the occasion that
the assault is said to have taken place, the plaintiff and one
of the defendants had some conversation regarding the
land transactions mentioned in the opinion in cause No.
10,115, *Tennigkeit v. Bank, et al.,* 206 Pac. 798, filed at
the same time as this opinion.  The plaintiff testified to
an assault, but from the evidence of defendants the court
could find the contrary.  One of the defendants put his foot

against the door in order to detain the plaintiff and get him to return or deliver up a deed which he had in his possession, but the court was not bound to treat this as an assault.  The judgment has sufficient support in the evidence.

There was no reversible error in the admission of testimony.

The judgment is affirmed.

MR. JUSTICE TELLER, sitting for MR. CHIEF JUSTICE SCOTT, and MR. JUSTICE DENISON concur.